AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

NORTHERN                DISTRICT OF                NEW YORK

UNITED STATES OF AMERICA

V.

**ROBERT A. PITTS**

## JUDGMENT OF ACQUITTAL

CASE NUMBER:   **7:06-CR-110**

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_George H. Lowe_

Signature of Judge

GEORGE H. LOWE, U.S. Magistrate Judge
Name and Title of Judge

November 3, 2006
Date